UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| VANCAMP SEATA VAI and MANTANTU MATANUI VAI,<br><br>Plaintiffs,<br><br>vs.<br><br>Wells Fargo Bank, National Association, aka Wells Fargo Bank, N.A., a corporation; Cal-Western Reconveyance Corporation, a corporation; and Golden West Savings Association Service Co., a corporation; and DOES 1-40, inclusive,<br><br>Defendants. | CASE NO.: 3:13-CV-00294-EMC<br><br>[*The Honorable Edward M. Chen*]<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

The Court, having reviewed the joint stipulation to extend the deadline for completion of mediation, and good cause appearing, hereby orders that:

The deadline to complete mediation is extended to September 2, 2013.

**IT IS SO ORDERED.**

Dated: 7/18/13

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Edward M. Chen

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System:**

| *Attorneys for Plaintiffs* | *Attorneys for Defendant Cal-Western Reconveyance Corporation* |
|---|---|
| Richard Paris, Esq.<br>CALIFORNIA LAW AND MEDIATION, INC.<br>324 Knight Drive<br>San Rafael, CA 94901<br>Tel: 415.456.0678 \| Fax: 415.256.9957<br>Email: rplaw@comcast.net | Robin Prema Wright, Esq.<br>Yelena Cayton, Esq.<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 9266<br>*Tel: 949.477.5050*<br>*Email: hcayton@wrightlegal.net* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **July 15, 2013**.

| Barbara Cruz | */s/ Barbara Cruz* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |