UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCAMP SEATA VAI, *et al.*, | No. C-13-0294 EMC |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AND ORDER TO SHOW CAUSE** |
| WELLS FARGO BANK, N.A., *et al.*, | |
| Defendants. | **(Docket No. 49)** |

    Plaintiffs have filed a statement of nonopposition to Defendants Wells Fargo and Golden West's motion for summary judgment. Accordingly, the Court hereby **GRANTS** Wells Fargo and Golden West's motion and dismisses them with prejudice from the case.

    This leaves as the only remaining defendant in the case Cal-Western. In July 2013, Cal-Western filed a notice stating that it had filed a bankruptcy petition, and thus this litigation as to it should be stayed. *See* Docket No. 42 (notice). No party contested Cal-Western's position. However, it appears that that bankruptcy proceeding has now closed.

    Given the apparent closure of the bankruptcy case and Plaintiffs' concession that they have no viable claims against the main defendants in the case, the Court now orders Plaintiffs to show cause as to why any claims against Cal-Western should not be dismissed, either with or without prejudice.

///

///

///

Plaintiffs' response shall be filed within one week from the date of this order. Cal-Western may file a reply to the response within two weeks from the date of this order.

IT IS SO ORDERED.

Dated: February 4, 2014

_____
EDWARD M. CHEN
United States District Judge