UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCAMP SEATA VAI, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>    Defendants.<br>_____/ | No. C-13-0294 EMC<br><br>**ORDER DISMISSING CAL-WESTERN**<br><br>**(Docket Nos. 59-60)** |

       Previously, the Court dismissed with prejudice Plaintiffs' claims against Defendants Wells Fargo and Golden West (more specifically, after Plaintiffs filed a statement of nonopposition to their motion for summary judgment). In the same order, the Court ordered Plaintiffs to show cause as to why their claims against Cal-Western, the only remaining defendant, should not be dismissed, either with or without prejudice. *See* Docket No. 59 (order).

       In response, Plaintiffs filed a brief, stating that they do not oppose the dismissal of Cal-Western without prejudice. Cal-Western did not timely file a reply to Plaintiffs' brief. Accordingly, the Court hereby **DISMISSES** Cal-Western from the case without prejudice.

       The Court instructs the Clerk of the Court to enter a final judgment in accordance with this order and its order of February 4, 2014, *see* Docket No. 59 (order), and close the file in this case.

       IT IS SO ORDERED.

Dated: February 19, 2014

                                                      _____<br>
                                                      EDWARD M. CHEN<br>
                                                      United States District Judge